UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

TERRISA DRAKE,

    Plaintiff,

v.

COLLECTECH DIVERSIFIED, INC., and
LUBBOCK POWER AND LIGHT;

    Defendants.

No. 5:21-CV-00147

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

**I.**

Collectech Diversified, Inc. is a named defendant in a civil action filed on January 20, 2021, in Justice of the Peace court, Precinct 3, Guadalupe County, Texas. A copy of all required documents is attached hereto.

**II.**

The citation was served on Collectech Diversified, Inc. on February 2, 2021. This notice of removal is filed within 30 days of service and is timely pursuant to 28 U.S.C. § 1446(b).

**III.**

The Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, and the action may be removed to this Court by Collectech pursuant to 28 U.S.C. §§ 1441 and 1446. The state-court petition alleges violations of the Fair Debt Collection Practices Act and the Fair Credit Reporting Act, and thus the action arises "under the Constitution, laws, or treaties of the United States." *See* 28 U.S.C. § 1331.

## IV.

Removal of this action is proper under 28 U.S.C. § 1441 because it is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter as the case arises under federal law.

Respectfully submitted,

JENKINS & YOUNG, P.C.
P.O. Box 420
Lubbock, Texas 79408
(806) 796-7351
(806) 771-8755 FAX
Email: jdjservice@jwylaw.com

By: /s/ Jody D. Jenkins
Jody D. Jenkins
State Bar No. 24029634
**ATTORNEYS FOR COLLECTECH**

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Collectech consulted with counsel for the unserved defendant, Lubbock Power and Light, regarding this case on February 10th and 11th, 2021, and Lubbock Power and Light is in agreement with removal of this case.

/s/ Jody D. Jenkins
Jody D. Jenkins

## CERTIFICATE OF SERVICE

This is to certify that a copy of this document has been served on all parties via certified mail on the ~~12th~~ 15th day of February, 2021.

/s/ Jody D. Jenkins
Jody D. Jenkins

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Terrisa Drake

### DEFENDANTS
Collectech Diversified, Inc.; Lubbock Power and Light

**(b)** County of Residence of First Listed Plaintiff: **Guadalupe**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Lubbock**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro se

Attorneys *(If Known)*
Jody Jenkins (Collectech Diversified); Manny Newburger (Lubbock Power and Light)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | [x] 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 863 DIWC/DIWW (405(g)) | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. 1692; 15 U.S.C. 1681
Brief description of cause:
Allegations of FDCPA/FCRA violations

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** $10,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 2/12/2021

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
San Antonio ▼ DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

Guadalupe County Justice of the Peace, Precinct No. 3
Cause No. JSC3-1902; Terrisa Drake v. Collectech Diversified, Inc. and Lubbock Power and Light

2. Was jury demand made in State Court?  ☐ Yes  ☒ No

If yes, by which party and on what date?

Party Name                                    Date

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Plaintiff: Terrisa Drake
Defendants: (1) Collectech Diversified, represented by Jody Jenkins, 1623 10th Street, Lubbock, Texas 79401; Phone 806-796-7351, Fax 806-771-8755
(2) Lubbock Power and Light, represented by Manny Newburger, 7320 N. Mopac Expressway, Suite 400, Austin, Texas 78731; Phone 512-476-9103; Fax 512-279-0310

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

Lubbock Power and Light has not yet been served. The reason for delay in service is unknown to Collectech Diversified.

3.  List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.
Not applicable.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1.  List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).
None.

**VERIFICATION:**

Attorney for Removing Party

2/12/2021
Date

Collectech Diversified
Party/Parties

(NOTE: Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary):**

Lubbock Power and Light has consented to the removal of this case through their general counsel, Jenny Smith, on February 10, 2021. It is Collectech's understanding that Lubbock Power and Light has not yet been served.

# REGISTER OF ACTIONS
## CASE NO. JSC3-1902

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | COLLECTECH DIVERSIFIED INC, LUBBOCK POWER AND LIGHT | |
| **Plaintiff** | DRAKE, TERRISA | |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 01/20/2021 | Case Filed (OCA New Case) | |
| 01/20/2021 | Comment | |
| 01/28/2021 | CITATION ASSIGNED | |
| 01/28/2021 | Small Claims Citation | |
| | COLLECTECH DIVERSIFIED INC, LUBBOCK POWER AND LIGHT | Served 02/02/2021 |
| | | Response Due 02/12/2021 |
| | | Returned 02/09/2021 |
| 01/28/2021 | Comment | |
| 02/02/2021 | Comment | |
| 02/02/2021 | CITATION EXECUTED | |
| 02/08/2021 | Comment | |
| 02/09/2021 | CITATION RETURNED | |
| 02/10/2021 | Comment | |

### FINANCIAL INFORMATION

**Plaintiff** DRAKE, TERRISA
Total Financial Assessment  46.00
Total Payments and Credits  46.00
**Balance Due as of 02/11/2021**  **0.00**

| | | | | |
|---|---|---|---|---|
| 01/20/2021 | Transaction Assessment | | | 131.00 |
| 01/20/2021 | Payment | Receipt # 13032-J3 | DRAKE, TERRISA | (46.00) |

THE STATE OF TEXAS
COUNTY OF GUADALUPE
SMALL CLAIMS CITATION

TO: Collectech Diversified Inc, Lubbock Power And Light
1721 45th Street
Lubbock Tx 79412

You have been sued. You may employ an attorney. If you or your attorney does not file a *written* answer with the clerk who issued this citation by the expiration of fourteen days after you were served this citation and petition, a default judgment may be taken against you.

You are hereby commanded to appear to file a written answer, at or before the expiration of fourteen days from the date of service of this citation upon you, at my office located at 1101 Elbel Road, Suite 6, Schertz, Texas 78154 to answer in the suit of: Terrisa Drake Vs. Collectech Diversified Inc, Lubbock Power And Light, being Cause # JSC3-1902 on the docket of said court, the Plaintiff's demand being for the sum of $10,000.00 due upon SEE COPY OF ORIGINAL PETITION ATTACHED.

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

Issued and given under my hand in Schertz, Guadalupe County, Texas, on this the 28th day of January, 2021.

*John D. Terry*
Justice of the Peace, Pct. 3.
Guadalupe County

(210) 945-6685

Cause :         JSC3-1902
Plaintiffs:     Terrisa Drake

***

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 2021 at _____ o'clock _____ m.

Executed at _____ within the County of Lubbock,

at _____ o'clock ___m. on the _____ day of _____, 2021 by delivering each in person,

a true copy of said citation together with accompanying copy of the petition and endorsed on such copy of citation the date of delivery.

Not executed for the following reasons: _____.

The Defendant may be found at: _____.

TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY Delivered this 2 day of Feb, 2021

Kelly S. Rowe
Constable Deputy/ Sherriff         Sheriff
Lubbock County, Texas

By_____Deputy

## PETITION: SMALL CLAIMS CASE

CASE NO. (court use only) JSC3-1902

In the Justice Court, Precinct 3, Guadalupe County,

Texas PLAINTIFF __Terrise Drake__

VS.
DEFENDANT(S): __Collectech Diversified Inc, Lubbock Power and Light__

Defendant(s) address: __1721 45th Street, Lubbock Tx 79412, PO Box 2000, Lubbock Tx 75457__

COMPLAINT: The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
__§ 80t - False or misleading information reference to Dun's [15 usc 1962e] (8)__
__Communicating or threatening to communicate to any person credit information__
__which is known or which should be known to be false, including__
__the failure to communicate that a disputed debt is disputed.__

RELIEF: Plaintiff seeks damages in the amount of $ __10,000__, and/or return of personal property as described as follows (be specific): _____, which has a value of $_____.

Additionally, plaintiff seeks the following: _____

SERVICE OF CITATION: Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:

☐ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: _____

__Terrise Drake__
Petitioner's Printed Name

__(signature)__
Signature of Plaintiff or Attorney

__PO Box 273__
Address of Plaintiff's Attorney, if any, or Plaintiff if none

DEFENDANT(S) INFORMATION (if known):
DATE OF BIRTH:_____

__Schertz   Tx   78154__
City        State        Zip

*LAST 3 NUMBERS OF DRIVER LICENSE:_____
*LAST 3 NUMBERS OF SOCIAL SECURITY:_____

__806-218-1538__ phone
Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none

DEFENDANT'S PHONE NUMBER:_____

**UNITED STATES POSTAL SERVICE®**

**Certificate Of** [Mailing]

This Certificate of Mailing provides evidence that mail has been presented to USPS®
This form may be used for domestic and international mail

From: Collectech Diversified I
PO Box 12027
Lubbock TX 79452

To: Terrisa Drake
PO Box 273
Schertz TX 78154

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID
FCM LETTER
LUBBOCK, TX
79452
OCT 29 20
AMOUNT
$1.50
R2305E125812-1

---

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Mail**[ing]

This Certificate of Mailing provides evidence that mail has been presented to USPS® for m[ailing]
This form may be used for domestic and international mail.

From: Collectech Diversified I.
PO Box 12027
Lubbock TX 79452

To: Terrisa Drake
PO Box 273
Schertz, TX 78154

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID
FCM LETTER
LUBBOCK, TX
79452
DEC 08 20
AMOUNT
$1.50
R2305E126231-7

Collectech Diversified, Inc.
1721 45TH STREET
LUBBOCK, TX 79412
Phone (806)-762-2090

Date: 10/29/2020

TERRISA DRAKE
PO BOX 273
SCHERTZ TX 78154

This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a professional debt collector.